**RULE 20**

BEF: USAO 2007R00312

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 07-099 |
| v. | * | CRIMINAL NO. DKC 07 CR 0170 |
| ROBERT LEE FOSTER, | * | (Bank Robbery, 18 U.S.C. § 2113(a) and (f)) |
| Defendant | * | |

*******

ELLEN SEGAL HUVELLE, ESH

### INFORMATION

### COUNT ONE

FILED
APR 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States Attorney for the District of Maryland charges that:

On or about December 13, 2006, in the District of Maryland, the defendant,

**ROBERT LEE FOSTER,**

by force and violence, and by intimidation, did take from the person and presence of employees of United Bank, 16268 Frederick Avenue, Rockville, Maryland, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, money in the amount of $600.00, belonging to and in the care, custody, control, management and possession of said bank.

18 U.S.C. § 2113(a)
18 U.S.C. § 2113(f)

RULE 20
Category A
Plea to Information
Rule 20 from: MD.

Case Related To 07-28

## COUNT TWO

The United States Attorney for the District of Maryland further charges that:

On or about December 13, 2006, in the District of Maryland, the defendant,

## ROBERT LEE FOSTER,

by force and violence, and by intimidation, did take from the person and presence of employees of the Sandy Spring Bank, 484 N. Frederick Avenue, Gaithersburg, Maryland, a bank whose deposits then were insured by the Federal Deposit Insurance Corporation, money in the amount of $1,341 belonging to and in the care, custody, control, management, and possession of said bank.

18 U.S.C. § 2113(a)
18 U.S.C § 2113(f)

_____
Rod J. Rosenstein
United States Attorney

Dated: April 11th, 2007