U.S. Department of Justice
United States Attorneys

**RULE 20**

# United States District Court

2007 APR 12 A 10: 22

For the _____ District of **Maryland** _____

United States of America

v.

Robert Lee Foster

Criminal No. **07-099** DKC-07-170

**FILED**
APR 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CONSENT TO TRANSFER OF CASE
FOR PLEA AND SENTENCE**

*(Under Rule 20)*

I, **Robert Lee Foster**, defendant, have been informed that a**n information** (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead **guilty** (*guilty, nolo contendre*) to the offense charged, to consent to the disposition of the case in the District of **Columbia** in which I **am held** (*am under arrest, am held*) and to waive trial in the above captioned District.

RULE 20
Category A
Plea to Information
Rule 20 from: MD

Dated: **3-29-**, 2007 at _____

_Robert Foster_
*(Defendant)*

_____
*(Witness)*

_Shareen Moore_
*(Counsel for Defendant)*

Approved

_Jeffrey A. Taylor /mg_
United States Attorney for the

_Rod J. Rosenstein /BEF_
United States Attorney for the

District of **Columbia**

District of **Maryland**

FORM USA-153
(Rev. March 1983)