# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk            Reply to Southern Division Address

April 12, 2007

District of Columbia District Court
Room 12225, ATTN: Criminal Division
333 Constitution Ave, N.W.
Washington, D.C. 20001

**FILED**
APR 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:    USA vs. Robert lee Foster
         Criminal Case No.: DKC-07-0170

Dear Clerk:

[ ]  An Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers.

[ ]  On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ X ]  Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By: _____
      Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter transferring case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov

| U.S. Department of Justice | **RULE 20** | Rule 20—Transfer Notice | |
|---|---|---|---|
| To: Rod J. Rosenstein, United States Attorney | District Maryland | | Date April 2, 2007 |
| Name of Subject: Robert Lee Foster | Statute Violated 18 USC 2113(a) | | File Data (Initials and Number) |

### Part A—District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. ___07-28 (ESH)___

☐ Other (Specify):

**FILED**

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ The above-named defendant entered a plea of guilty under Rule 20.
Date of Plea          Date of Sentence          Sentence

From (Signature and Title):
Angela Schmidt, Asst. U.S. Attorney
District of Columbia

Address:
555 4th St., N.W.
Washington, D.C. 20530

### Part B—District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                                      on           at           o'clock.
(Kindly notify me of any anticipated delay.)

☒ Enclosed are two certified copies of indictment or information. Docket No. _____

☒ Please have defendant execute waiver of indictment.    RULE 20
                                                          Category A
☐ Other (Specify):                                        Plea to Information
                                                          Rule 20 from: MD.

| Signature (Name and Title) Bryan E. Foreman AUSA | District MARYLAND | Date 4/06/2007 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.

Previous Editions are Obsolete

FORM OBD-10
FEB 81

CLOSED

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:07-cr-00170-DKC All Defendants
### Internal Use Only

Case title: USA v. Foster

Date Filed: 04/11/2007
Date Terminated: 04/12/2007

Assigned to: Judge Deborah K. Chasanow

**Defendant**

**Robert Lee Foster** (1)
*TERMINATED: 04/12/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| 2113(a) and (f) Bank Robbery (1-2) | |

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

I hereby attest and certify on APRIL 12, 2007
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By: _____ Deputy

**Plaintiff**
USA                                         represented by **Bryan E Foreman**
                                                          Office of the US Attorney
                                                          6500 Cherrywood Ln Ste 400
                                                          Greenbelt, MD 20770-1249
                                                          13013444433
                                                          Fax: 13013444516
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2007 | 1 | INFORMATION as to Robert Lee Foster (1) count(s) 1-2. (aap, Deputy Clerk) (Entered: 04/11/2007) |
| 04/12/2007 | 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Columbia District Court (aap, Deputy Clerk) (Entered: 04/12/2007) |
| 04/12/2007 |  | (Court only) ***Staff Notes: Certified Copy of Docket Sheet, Original Information and Consent to Transfer Case (Under Rule 20) mailed to The District of Columbia District Court (aap, Deputy Clerk) (Entered: 04/12/2007) |
| 04/12/2007 |  | (Court only) ***Case Terminated as to Robert Lee Foster (aap, Deputy Clerk) (Entered: 04/12/2007) |

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - U.S. DISTRICT COURT

| By: | ___ Complaint | X Information | ___ Indictment | Name of District Court, (City) |
|---|---|---|---|---|

Greenbelt, Maryland
Southern Division

**Offense Charged**

Bank Robbery;

___ Petty
___ Misdemeanor
X Felony

**Defendant - U.S. vs.**
ROBERT LEE FOSTER

DKC 07CR0170
2007 APR 11 A 11: 37

Address:
Birth date: * ___ Male/Female M   Alien (Y/N): N
* (Optional unless a juvenile)

**Place of offense**: Montgomery County, MD
**U.S.C. Citation**: 18 U.S.C. § 2113 (a) and (f)

## Proceeding

**Name of Complainant Agency, Person (& Title, if any) & Phone#**
Federal Bureau of Investigation (FBI)

☐ Person is awaiting trial in another Federal or State Court, give name of court:

☐ This person/proceeding is transferred from another district per:
FRCrP 20 ☐ 21 ☐ 40  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  Show Docket #
☐ U.S. Attorney ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearances before U.S. Magistrate Judge regarding this defendant were recorded under ▶  Magistrate #

**Name & Office of Person furnishing information on this form**: Rod J. Rosenstein, U.S. Attorney

**Name of Asst. U.S. Att'y**: Bryan E. Foreman /BEF/
**Phone Number**: 301-344-4238

**Additional Information or comments:**
Maximum Penalty: 20 yrs imprisonment, $250,000 fine;
Date of offense: 12-13-06
Length of Trial: 1 DAY

HIDTA CASE: ___ Yes  X No

## Defendant

**IS NOT IN CUSTODY**
1) X Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summons was served on above charges. ▶
2) ___ Is a fugitive
3) ___ Is on bail or release from (show District)

**IS IN CUSTODY**
4) ___ On this charge
5) ___ On another conviction ___ Federal ___ State
6) ___ Awaiting trial on other charges
If the answer to (6) is "Yes", show name of institution

Has detainer been filed? Y/N ☐   Date filed
Date of Federal arrest ▶
Date Transferred to Federal Custody ▶   OR

X Check if plea is expected.
☐ This report amends AO 257 previously submitted

**FOR USE OF THE CLERK'S OFFICE**

OCDETF CASE: ___ Yes  X No