AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FOR THE _____ DISTRICT OF COLUMBIA

**FILED** APR 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Robert Lee Foster

## WAIVER OF INDICTMENT

CASE NUMBER: 07-99

I, Robert Foster, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 25, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Robert Foster
Defendant

Shauna Moore
Counsel for Defendant

Before _____ E. Huck
Judicial Officer